ALI ABTAHI (State Bar No. 224688)
  aabtahi@abtahilaw.com
IDENE SAAM (State Bar No. 258741)
  isaam@abtahilaw.com
**ABTAHI LAW FIRM**
1012 Torney Avenue
San Francisco, CA 94129
Tel: (415) 639-9800
Fax: (415) 639-9801

Attorneys for Defendant Troella Tyznik

MICHAEL D. GREEN (State Bar No. 214142)
  mgreen@abbeylaw.com
SCOTT R. MONTGOMERY (State Bar No. 278060)
  smontgomery@abbeylaw.com
**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402
Tel: (707) 542-5050
Fax: (707) 542-2589

Attorneys for Plaintiff Stamatia Marr

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAMATIA MARR,<br><br>       Plaintiff,<br><br>vs.<br><br>TROELLA TYZNIK, and<br><br>DOES 1-100,<br><br>       Defendants. | Case No. CV 14-0301 EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE MOTION TO DISMISS HEARING DATE**<br><br>Date:  March 11. 2014<br>Time:  9:00 a.m.<br>Place:  Courtroom E – 15th Floor<br>Judge:  The Hon. Elizabeth D. Laporte |

1  Plaintiff Stamatia Marr ("Plaintiff") and Defendant Troella Tyznik ("Defendant")
2  (collectively, the "Parties") hereby stipulate and agree, and request the Court to order, as
3  follows.

4  This case involves a dispute between two sisters. Plaintiff filed her complaint in
5  Napa County Superior Court on August 29, 2013. Defendant removed the case to this
6  Court on January 21, 2014. Defendant filed her motion to dismiss the Complaint on
7  January 28, 2014. The motion to dismiss is fully briefed and scheduled to be heard before
8  this Court on March 11, 2014.

9  The Parties wish to explore early settlement. The parties have agreed to mediation
10 and are in the process of selecting a mediator.

11 The Parties are thus in agreement that postponing the motion to dismiss hearing
12 until after the Parties mediate is both cost-effective and in the interests of judicial
13 efficiency. The Parties further agree that postponing the hearing by at least 60 days will
14 be beneficial to potentially reaching an early settlement.

15 **IT IS HEREBY STIPULATED AND AGREED**, by and between the
16 undersigned counsel for the Parties, that:

17 The motion to dismiss hearing currently scheduled for March 11, 2014 be
18 postponed at least 60 days from that date.

19

20 Dated: March 3, 2014                **ABBEY, WEITZENBERG, WARREN & EMERY**
21
22                                    By:    /s/ Michael D. Green
23                                           MICHAEL D. GREEN
                                             Attorneys for Plaintiff Stamatia Marr
24

25 //
26 //
27 //
28 //

| | |
|---|---|
| Dated:  March 3, 2014 | **ABTAHI LAW FIRM** |
| | By:   /s/ Ali Abtahi  <br> ALI ABTAHI <br> Attorneys for Defendant Troella Tyznik |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the Motion to Dismiss hearing currently scheduled for March 11, 2014 is continued to May  6 , 2014 at 9:00 a.m.

Dated: March 3, 2014

*Elijah D. Laporte* (signature)
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

### LOCAL RULE 5-1(i)(3) ATTESTATION

In accordance with Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the signatories. I shall maintain records to support this concurrence for subsequent production if so ordered by this Court or requested by a party.

| | |
|---|---|
| Dated:  March 3, 2014 | **ABTAHI LAW FIRM** |
| | By:   /s/ Ali Abtahi  <br> ALI ABTAHI <br> Attorneys for Defendant Troella Tyznik |