1  ALI ABTAHI (State Bar No. 224688)
   aabtahi@abtahilaw.com
2  IDENE SAAM (State Bar No. 258741)
   isaam@abtahilaw.com
3  **ABTAHI LAW FIRM**
   1012 Torney Avenue
4  San Francisco, CA 94129
   Tel: (415) 639-9800
5  Fax: (415) 639-9801

6  Attorneys for Defendant Troella Tyznik

7  MICHAEL D. GREEN (State Bar No. 214142)
   mgreen@abbeylaw.com
8  SCOTT R. MONTGOMERY (State Bar No. 278060)
   smontgomery@abbeylaw.com
9  **ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
   100 Stony Point Road, Suite 200
10 P.O. Box 1566
   Santa Rosa, CA 95402
11 Tel: (707) 542-5050
   Fax: (707) 542-2589
12
   Attorneys for Plaintiff Stamatia Marr
13
                  UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15
                     SAN FRANCISCO DIVISION
16

17 STAMATIA MARR,                       ) Case No. CV 14-0301 EDL
                                        )
18       Plaintiff,                     ) **JOINT STIPULATION AND**
                                        ) [PROPOSED] **ORDER TO POSTPONE**
19   vs.                                ) **CASE MANAGEMENT CONFERENCE**
                                        ) **AND MOTION TO DISMISS HEARING**
20 TROELLA TYZNIK, and                  ) **DATE**
                                        ) AS MODIFIED
21 DOES 1-100,                          )
                                        ) Date:  May 6, 2014
22       Defendants.                    ) Time:  9:00 a.m.
                                        ) Place: Courtroom E – 15th Floor
23 _____  ) Judge: The Hon. Elizabeth D. Laporte

24

25

26

27

28

JOINT STIP AND [PROPOSED] ORDER TO POSTPONE CMC AND MTD HEARING DATE
Case No. CV 14-0301 EDL

1    Plaintiff Stamatia Marr ("Plaintiff") and Defendant Troella Tyznik ("Defendant")
2  (collectively, the "Parties") hereby stipulate and agree, and request the Court to order, as
3  follows.
4    This case involves a dispute between two sisters. Plaintiff filed her complaint in
5  Napa County Superior Court on August 29, 2013. Defendant removed the case to this
6  Court on January 21, 2014. Defendant filed her motion to dismiss the Complaint on
7  January 28, 2014. The motion to dismiss is fully briefed and scheduled to be heard before
8  this Court on May 6, 2014, along with a case management conference that is also
9  scheduled for May 6, 2014. The Parties wish to explore early settlement. The parties have
10 discussed mediation and have agreed to mediation at JAMS before Hon. Elaine Rushing
11 (Ret.). However, Defendant wishes to file a motion for appointment of a guardian ad
12 litem prior to mediation.
13   On April 10, 2014, the Parties engaged in a fruitful meet and confer regarding
14 potential settlement and Defendant's anticipated motion for appointment of a guardian ad
15 litem. Defendant's motion has been substantially completed and will be filed in the week
16 of April 14, 2014.
17   The Parties are thus in agreement that postponing the case management
18 conference and motion to dismiss hearing. This is both cost-effective and in the interests
19 of judicial efficiency.
20   The Parties further stipulate to postpone the case management conference and the
21 motion to dismiss hearing date to May 27, 2014
22   **IT IS HEREBY STIPULATED AND AGREED**, by and between the
23 undersigned counsel for the Parties, that:
24   The motion to dismiss hearing currently scheduled for May 6, 2014 be postponed
25 to May 27, 2014.
26 //
27 //
28

JOINT STIP AND [PROPOSED] ORDER TO POSTPONE CMC AND MTD HEARING DATE    1
Case No. CV 14-0301 EDL

| | | |
|---|---|---|
| Dated: April 11, 2014 | | **ABBEY, WEITZENBERG, WARREN & EMERY** |
| | By: | /s/ Michael D. Green |
| | | MICHAEL D. GREEN |
| | | Attorneys for Plaintiff Stamatia Marr |
| Dated: April 11, 2014 | | **ABTAHI LAW FIRM** |
| | By: | /s/ Ali Abtahi |
| | | ALI ABTAHI |
| | | Attorneys for Defendant Troella Tyznik |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the Motion to Dismiss hearing currently scheduled for May 6, 2014 is continued to May 27, 2014 at 9:00 a.m. ← `and the case management confernece`

Dated: April 14, 2014

[signature: Elijah D. Laporte]
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

### LOCAL RULE 5-1(i)(3) ATTESTATION

In accordance with Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the signatories. I shall maintain records to support this concurrence for subsequent production if so ordered by this Court or requested by a party.

Dated: April 11, 2014          **ABTAHI LAW FIRM**

By:    /s/ Ali Abtahi
ALI ABTAHI
Attorneys for Defendant Troella Tyznik