IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAMATIA MARR, | No. C -14-00301 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| TROELLA TYZNIK, | |
| Defendant. | |

On January 28, 2014, Defendant filed a motion to dismiss Plaintiff's complaint. The motion to dismiss has been fully briefed. Pursuant to the parties' stipulations and the Court's orders, the hearing on Defendant's motion to dismiss was continued to July 8, 2014. On April 16, 2014, Defendant filed a Motion for Appointment of Guardian Ad Litem for Plaintiff. On April 30, 2014, Plaintiff filed an opposition to the Motion for Appointment of Guardian Ad Litem, seeking additional time to oppose the motion.

The Court will hold the Case Management Conference as previously scheduled on May 27, 2014. At the Case Management Conference, the Court will address, among other things, the timing of the briefing and hearing on the Motion for Appointment of Guardian Ad Litem. A joint case management conference statement shall be filed no later than May 20, 2014. The May 27, 2014 hearing on the Motion for Appointment of Guardian Ad Litem is vacated, and no further briefs on that motion are required at this time.

**IT IS SO ORDERED.**

Dated: May 5, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge