1  MICHAEL D. GREEN, ESQ. SBN. 214142
   mgreen@abbeylaw.com
2  SCOTT R. MONTGOMERY, ESQ. SBN. 278060
   smontgomery@abbeylaw.com
3  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   100 Stony Point Road, Suite 200
4  P.O. Box 1566
   Santa Rosa, CA  95402-1566
5  Telephone:     707-542-5050
   Facsimile:     707-542-2589

7  Attorneys for Plaintiff Stamatia Marr

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAMATIA MARR | Case No.  C 14-00301 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DIRECTING CITIBANK TO TURNOVER SAFE DEPOSIT BOX TO PLAINTIFF STAMATIA MARR** |
| v. | |
| TROELLA TYZNIK, et al., | |
| Defendants. | |

## STIPULATION

Pursuant to the settlement reached at the settlement conference on February 18, 2015 control of safe deposit box(es) at Citibank was to be turned over from Defendant Troella Tyznik to Plaintiff Stamatia Marr.

Despite efforts from counsel for Defendant, and Defendant herself, Citibank has refused to turn over control of a safe deposit box at-issue to Plaintiff Stamatia Marr.  This box is located at 605 Trancas Street, Napa, CA.  The box number is 13914-0Z00230-7.  The safe deposit box rental agreement is attached hereto as *Exhibit A*.

The parties hereby, through their respective counsel of record, stipulate and agree that Citibank should comply with the settlement agreement reached by the parties in this Court and turn over control of the above-identified safe deposit box from Defendant Troella Tyznik to Plaintiff Stamatia Marr.

-1-
**STIPULATION AND [PROPOSED] ORDER DIRECTING CITIBANK TO TURNOVER SAFE DEPOSIT BOX TO PLAINTIFF STAMATIA MARR**

C 14-00301 EDL

The parties respectfully request that the Court retain jurisdiction to issue additional orders (if necessary) to effectuate the transfer of the above-identified safe deposit box from Defendant Troella Tyznik to Plaintiff Stamatia Marr and the ensure Citibank's compliance with this Court's order.

DATED: October 22, 2015                ABBEY, WEITZENBERG, WARREN & EMERY

By     /s/ Scott R. Montgomery
       SCOTT R. MONTGOMERY
       Attorneys for Plaintiff
       STAMATIA MARR

DATED: October 22, 2015                ABTAHI LAW GROUP

By     /s/ Ali Abtahi
       ALI ABTAHI
       Attorneys for Defendant
       TROELLA TYZNIK

### [PROPOSED] ORDER

Pursuant to the above stipulation, it is hereby ordered as follows:

Citibank is ordered to turn over control and ownership of the above-identified safe deposit box Plaintiff Stamatia Marr.

The Court retains jurisdiction to issue additional orders, as may be necessary, to effectuate the transfer of the above-identified safe deposit box to Plaintiff Stamatia Marr and the ensure Citibank's compliance with this order.

IT IS SO ORDERED.

Dated: October 26, 2015

_____
MAGISTRATE JUDGE LAUREL BEELER
USDC, Northern District of California

-2-

STIPULATION AND [PROPOSED] ORDER DIRECTING CITIBANK TO TURNOVER SAFE DEPOSIT BOX TO PLAINTIFF STAMATIA MARR

C 14-00301 EDL